| | |
|---|---|
| 1 | William C. Hernquist |
|   | Hernquist & Associates |
| 2 | 8407 La Mesa, Blvd |
|   | La Mesa, California 91942 |
| 3 | Phone: (619) 687-2300 |
| 4 | Facsimile: (619) 687-2302 |
| 5 | Attorney for Use-Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: | Case No: C 12-00323-NC |
| US AIR CONDITIONING DISTRIBUTORS, LLC, a limited liability company | REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Plaintiff, | AND ORDER THEREON |
| v. | |
| JOSEPH JANNETT DBA JG MECHANICAL, an individual; AMERICAN PRIDE GENERAL ENGINEERING, INC. a corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a corporation; and DOES 1 through 100, inclusive, | Judge: Hon. Nathanael M. Cousins |
|  | Date: August 24, 2012 |
| Defendants | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that USE - Plaintiff US AIR CONDITIONING DISTRIBUTORS, LLC request that the entire action be dismissed with prejudice.

\\\

\\\

---

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | Dated: August 24, 2012 |
| 2 | |



HERNQUIST & ASSOCIATES

_____
William C. Hernquist II, Esq.
Attorneys for Use-Plaintiff

ORDERS:
    The Request for Dismissal With Prejudice of Entire Action is GRANTED by the court.

Dated: August 28, 2012



UNITED STATES DISTRICT MAGISTRATE

IT IS SO ORDERED
Judge Nathanael M. Cousins

_____
REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE