1  William C. Hernquist
   Hernquist & Associates
2  8407 La Mesa, Blvd
   La Mesa, California 91942
3  Phone: (619) 687-2300
   Facsimile: (619) 687-2302
4
5  Attorney for Use-Plaintiff

6
7
8
                    UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT
10
11 UNITED STATES OF AMERICA, for the use )  Case No: C 12-00323-NC
   and benefit of:                       )
12                                        )
   US AIR CONDITIONING DISTRIBUTORS, )   REQUEST FOR DISMISSAL OF ENTIRE
13 LLC, a limited liability company      )   ACTION WITH PREJUDICE
                                          )   AND ORDER THEREON
14              Plaintiff,                )
                                          )
15 v.                                     )
                                          )
16                                        )
   JOSEPH JANNETT DBA JG                  )
17 MECHANICAL, an individual; AMERICAN    )
   PRIDE GENERAL ENGINEERING, INC. a      )   Judge: Hon. Nathanael M. Cousins
18 corporation; FIRST NATIONAL            )   Date: August 24, 2012
   INSURANCE COMPANY OF AMERICA, a        )
19 corporation; and DOES 1 through 100,   )
20 inclusive,                             )
                                          )
21              Defendants                )
                                          )
22                                        )

23
24 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
25     Please take notice that USE - Plaintiff US AIR CONDITIONING DISTRIBUTORS, LLC
26 request that the entire action be dismissed with prejudice.
27 \\\
28 \\\

---
REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

Dated: August 24, 2012

HERNQUIST & ASSOCIATES

_____
William C. Hernquist II, Esq.
Attorneys for Use-Plaintiff

ORDERS:
   The Request for Dismissal With Prejudice of Entire Action is GRANTED by the court.

Dated:  August 28, 2012



UNITED STATES DISTRICT MAGISTRATE

IT IS SO ORDERED
Judge Nathanael M. Cousins

---

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE